United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRI KHUE NGUYEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-55 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

### AMENDED ORDER FOR SERVICE OF PROCESS

The petitioner, Tri Khue Nguyen (# A027-305-670), is a detainee in the custody of United States Immigrations and Customs Enforcement. He has filed a petition for a writ of habeas corpus.

The Clerk's office is ordered to serve the petition and a copy of this order on:

> Pamela Bondi
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001;
>
> Secretary Kristi Noem
> U.S. Department of Homeland Security
> Washington, DC 20528;
>
> Todd M. Lyons
> Senior Official Performing
> The Duties of Director
> Immigration and Customs Enforcement
> 500 12th Street, SW
> Washington, DC 20536

>Marcos Charles
>Acting Executive Associate Director
>Enforcement and Removal Operations
>Immigration and Customs Enforcement
>500 12th Street, SW
>Washington, DC 20536
>
>Bret Bradford
>Field Office Director
>126 Northpoint Dr.
>Houston, TX 77060;
>
>Warden Martin Frink
>Houston Processing Center
>15850 Export Plaza Drive
>Houston, TX 77032;

and

>Nicholas J. Ganjei,
>United States Attorney
>for the Southern District of Texas
>1000 Louisiana Street, Suite 2300
>Houston, TX 77002.

The respondents are ordered to answer the petition or file a dispositive motion within 30 days after receiving service.

The Clerk will provide a copy of this Order to the petitioner.

**SIGNED** at Houston, Texas, on this 12th day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE